```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 36886
   ROBERT LEE REED
   NANCY KATHERINE REED                        CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-6001      SSN XXX-XX-1966

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/05/2004 and was confirmed 12/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV   SECURED            22655.94       1719.01       22655.94
CHRYSLER FINANCIAL SVC A   SECURED            23488.00       1772.77       23488.00
CHRYSLER FINANCIAL SVC A   UNSECURED           5736.52           .00        2004.82
FAIRFIELD RESORTS INC      SECURED NOT I          .00            .00            .00
ILLINOIS DEPT OF PUBLIC    SECURED             6233.00        344.60        1937.52
NATIONAL CAPITAL MGMT LL   SECURED             6233.00        403.29        6233.00
ASPIRE                     UNSECURED           1379.83           .00         469.84
ECAST SETTLEMENT CORP      UNSECURED           2302.64           .00         804.74
RESURGENT ACQUISITION LL   UNSECURED            682.86           .00         238.65
CAPITAL ONE BANK           UNSECURED           2279.98           .00         796.82
SHERMAN ACQUISITION LLC    UNSECURED           1602.31           .00         545.57
RESURGENT ACQUISITION LL   UNSECURED          10786.00           .00        3769.51
US DEPT OF EDUCATION       UNSEC W/INTER       7714.72       2240.08        2058.55
ECAST SETTLEMENT CORP      UNSECURED          13949.73           .00        4875.19
DISCOVER FINANCIAL SERVI   UNSECURED           9222.37           .00        3223.07
CHARMING SHOPPES FASHION   UNSECURED            941.76           .00         320.67
MERRICK BANK               UNSECURED           3249.63           .00        1135.68
NEWPORT NEWS               UNSECURED         NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED            462.12           .00         148.81
RETAILERS NATIONAL BANK    UNSECURED         NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED            494.24           .00         159.16
US BANK CORP/ELAN          UNSECURED            678.99           .00         237.30
CHRYSLER FINANCIAL SVC A   NOTICE ONLY       NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED           3079.66           .00        1076.29
PETER FRANCIS GERACI       DEBTOR ATTY        2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                          5,144.30
DEBTOR REFUND              REFUND                                           5,961.63

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 36886 ROBERT LEE REED & NANCY KATHERINE REED
```

```
TRUSTEE                              96,464.81

PRIORITY                                                      .00
SECURED                                                 54,314.46
    INTEREST                                             4,239.67
UNSECURED                                               21,864.67
    INTEREST                                             2,240.08
ADMINISTRATIVE                                           2,700.00
TRUSTEE COMPENSATION                                     5,144.30
DEBTOR REFUND                                            5,961.63
                                  ---------------  ---------------
TOTALS                               96,464.81          96,464.81
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE